**NOS. 2015-1434**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

RUDOLPH TECHNOLOGIES, INC.,

*Plaintiff- Appellees,*

v.

CAMTEK, LTD.,

*Defendants-Appellants,*

Appeal from the United States District Court for the District of Minnesota in Case No.05-cv-01396-JRT-FLN,
District Judge John R. Tunheim

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING OPENING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Defendant-Appellant Camtek, Ltd. ("Camtek") hereby moves the Court for a forty-five day extension of time within which to file Camtek's opening brief on appeal ("Opening Brief"), thereby extending the due date from Monday May 11, 2015 to Thursday June 25, 2015.  Attorneys for Plaintiff-Appellee do not oppose this request.  This is the Defendant-Appellant's first request for an extension to file its Opening Brief.

The extension of time is necessary because the documents relevant to preparing the Opening Brief are voluminous—spanning ten years of prior litigation. In addition, there are extensive citations that must be reviewed and addressed in order to draft and finalize the Opening Brief. Although Camtek has already started this process, the impact of preexisting scheduling conflicts mean that Camtek will not have sufficient time to adequately complete the Opening Brief before the current filing date. In particular, the upcoming Passover holiday conflicts with the briefing process for Camtek, and Camtek's counsel is currently occupied with post-trial and post-judgment briefing in two district court cases. Good cause, therefore, exists for this extension.

The reasons for this request for more time are set forth more fully in the attached declaration of Sarah Guske.

WHEREFORE, Defendant-Appellant respectfully requests that the time within which it must file its Opening Brief be extended by forty-five days—up to and including June 25, 2015.

Dated:  March 25, 2015

Respectfully submitted,

*/s/ Sarah Guske*

Wayne Stacy
Sarah Guske
COOLEY LLP
Interlocken Crescent, Suite 900
Broomfield, CO 80021
Email: wstacy@cooley.com
Email: sguske@cooley.com
Tel: (720) 566-4000
Fax: (720) 566-4099

*Attorneys for Defendant Camtek Ltd.*

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rudolph Technologies, Inc. v. Camtek, Ltd.

No. 2015-1434

### Camtek Ltd.'s Certificate of Interest

Pursuant to Federal Circuit Rules 27(a)(7) and 47.4(a), counsel for Appellant Camtek, Ltd. hereby certifies the following:

**1. The full name of every party or amicus represented by me is:**

Camtek, Ltd.

**2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is**:

N/A

**3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by us are:**

Prior-tech Group, Israel

**4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by us in the trial court or agency or are expected to appear in this court are:**

**Cooley LLP:** Wayne Stacy, Sarah Guske, Thomas J. Friel
Mohrman & Kaardal, P.A.: William F. Mohrman, Vincent J. Fahnlander
Perkins Coie LLP: Mark T. Smith (formerly of Cooley LLP)
**Fish & Richardson PC**: Ann N. Cathcart Chaplin, David R. Francescani, Edmond R. Bannon, Michael A. Autuoro, Michael E. Florey
**Kramer Levin Naftalis & Frankel LLP**: Christopher A. Colvin, Donald L. Rhoads, Jean-Paul Ciardullo, Jonathan S. Caplan
**Travelers Insurance Company**: Christopher D. Newkirk (formerly of Arthur, Chapman, Kettering, Smetak & Pikala, P.A.)

**Brown Raysman Millstein Felder & Steiner LLP**: Dov H. Scherzer, Frederick L. Whitmer, Lee Goldberg, Marni Weiss
**Carlson Caspers Vandenburgh**: Tara C. Norgard
**Arthur, Chapman, Kettering, Smetak & Pikala, PA**: William A. LeMire
John D. Garretson (formerly with Fish & Richardson PC)


Dated: March 25, 2015                              /*s/*    *Sarah Guske*
                                                    Sarah Guske

**NOS. 2015-1434**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

RUDOLPH TECHNOLOGIES, INC.,

*Plaintiff- Appellees,*

v.

CAMTEK, LTD.,

*Defendants-Appellants,*

Appeal from the United States District Court for the District of Minnesota in Case No.05-cv-01396-JRT-FLN, District Judge John R. Tunheim

**DECLARATION OF SARAH J. GUSKE**

I, Sarah J. Guske, declare as follows,

1. I am an attorney licensed to practice before the Courts of the State of Colorado and California and am admitted to practice in this Court. I am a partner with the law firm of Cooley LLP, attorneys of record for Defendant-Appellant Camtek, Ltd. ("Camtek").

2. Camtek's Opening Brief ("Opening Brief") is currently due on May 11, 2015.

3. No previous extension of time has been sought or granted to Camtek for the Opening Brief.

4. Defendant-Appellant Camtek's Opening Brief in Appeal No. 2015-1434 is currently due May 11, 2015.  In preparing materials for the Opening Brief, I learned that a number of Camtek's personnel have conflicts in early April 2015 due to Passover, preventing them from being able to devote sufficient attention to the appeal efforts.  Additionally, counsel for Camtek, including Wayne Stacy, Thomas Friel, and myself, are in the midst of post-trial and post-judgment briefing in two district court cases.  The district court activities are expected to continue through early June 2015.  Based on the conflicts, I believe that we need an additional forty-five days (until Thursday June 25, 2015) to properly prepare the Opening Brief, especially in light of the complicated issues involved in the Appeal No. 2015-1434.

5. On March 20, 2015, I reached out to Plaintiff-Appellee Rudolph Technologies' counsel via phone and email regarding the proposed extension of time for the Opening Brief, and Ms. Rachael Clark Hughey consented to the extension via email on March 23, 2015.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2015.



                                                       Sarah J. Guske

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2015, a copy of the following document:

- Unopposed Motion for Extension of Time for Filing Opening Brief

was filed electronically with the Clerk of Court using the CM/ECF system, and served on counsels of record who have registered for such service.

*s/ Sarah Guske*
Sarah Guske
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
E-Mail:
Tel:  720-566-4000
Fax:  720-566-4099
